## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 16, 2019

**By ECF**

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20
```

     **Re:**   *United States v. Edson Rodriguez, et al.*
           **12 Cr. 859 (VM)**

Dear Judge Marrero:

    Counsel has spoken with Assistant United States Attorney, Chris Dimase, who has no opposition to my request for Mr. Rodriguez's early discharge from Supervised Release.

    If any further information is necessary contact me at your convenience. Thank you for your attention to this matter.

Respectfully,

William J. Stampur

William J. Stampur

> Request GRANTED. The Court approves the application of defendant Edson Rodriguez for early discharge from supervised release effective as of a date proposed by the probation office.
>
> **SO ORDERED.**
>
> 1-6-20
> DATE — VICTOR MARRERO, U.S.D.J.

cc:   AUSA Chris Dimase
       Supervised Release Officer Vincent Daniello
       Edson Rodriguez

WS/Rodriguez/Ltr to Judge/Discharge from SR